UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VILLAGE OF MINOOKA, an Illinois Municipal Corporation, *Plaintiff and Counterclaim Defendant*, v. WISCONSIN CENTRAL LTD., *Defendant and Counterclaim Plaintiff.* | Civ. No. 1:24-cv-5200 Hon. Matthew Kennelly |

**PLAINTIFF VILLAGE OF MINOOKA'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff Village of Minooka ("Plaintiff" or "Minooka"), by and through its undersigned counsel, move pursuant to Fed. R. Civ. P. 56 for summary judgment on Count I of its Amended Complaint (D.E. 22) and Counterclaim I asserted by Defendant Wisconsin Central Ltd. ("WCL") (D.E. 25). Minooka seeks summary judgment in its favor and against WCL on the issue of whether an ordinance placing a 25-ton weight limit on vehicles traveling on McLindon Road is validly enacted in accord with Minooka's duty to protect the public health, safety and welfare of Minooka's residents, and is not (as WCL argues) preempted by the Interstate Commerce Commission Termination Act. This issue is dipositive of both Count of I of Minooka's Amended Complaint (D.E. 22), and Counterclaim I of WCL's counterclaim, (D.E. 25).

In support of its Motion, Minooka relies on its contemporaneously filed Memorandum of Law, which it incorporates herein.

WHEREFORE, Plaintiff Village of Minooka respectfully requests that this Court award it summary judgment, grant the relief requested in its Memorandum of Law, and grant such further relief as is just and equitable.

Dated: August 29, 2025  Respectfully Submitted,

ROETZEL & ANDRESS

BY: ___/s/ Garry L. Wills___
  Attorneys for the
  Village Of Minooka

Michael J. Scotti III #6205868
Garry Wills #6280052
ROETZEL & ANDRESS
70 West Madison Street
Chicago, IL 60602
(312) 580-1200
mscotti@ralaw.com
gwills@ralaw.com

Michael R. Stiff #6198327
Jacob E. Gancarczyk # 6309049
Michelle M. Kavanaugh #6346048
SPESIA & TAYLOR
1415 Black Road, Joliet, Illinois 60435
(815) 726-4311
mstiff@spesia-taylor.com
jgancarczyk@spesia-taylor.com
mkavanaugh@spesia-taylor.com

**<u>CERTIFICATE OF SERVICE</u>**

      I certify that on August 29, 2025, I caused the foregoing document to be filed electronically with the Clerk of the Court via CM/ECF, which will notify all parties in this matter who are registered with the Court's CM/ECF filing system of such filing.

                                                                       */s/ Michael J. Scotti III*