**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Village of Minooka, an Illinois Municipal
Corporation

                                 Plaintiff,

v.                                   Case No.: 1:24–cv–05200

                                   Honorable Matthew F.
                                   Kennelly

Wisconsin Central, Ltd., et al.

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 17, 2025:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic status hearing held on 11/17/2025. The parties are to provide a USB drive of all the summary judgment briefs and exhibits to Judge Kennelly's Chambers, Room 2188. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.